CAH/CBS: USAO 2022R00071

_____ FILED         _____ ENTERED
_____ LOGGED     _____ RECEIVED

APR 2 4 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **v.** | * CRIMINAL NO. GLR-25-129 |
| | * |
| **ERIC TANO TATAW** | * **(Conspiracy to Provide Material** |
| **a.k.a., "the Garri Master,"** | * **Support, 18 U.S.C. § 2339A; Interstate** |
| | * **Communication of Threat to Kidnap or** |
| **Defendant** | * **Injure, 18 U.S.C. § 875(c); Forfeiture,** |
| | **18 U.S.C. § 981(a)(1)(C), (a)(1)(G), 18** |
| | **U.S.C. § 982(a)(1), (a)(2)(A), (b)(1), 21** |
| | **U.S.C. § 853(p), and 28 U.S.C.** |
| | **§ 2461(c))** |

*******

## INDICTMENT

## COUNT ONE
### Conspiracy to Provide Material Support

The Grand Jury for the District of Maryland charges that:

### Background

1.    The Republic of Cameroon is a country located in the central part of Africa that is divided into ten regions.  In the Northwest and Southwest regions of Cameroon, English is the primary language spoken; in the other eight regions of Cameroon, French is the primary language spoken.  Many English-speaking ("Anglophone") and French-speaking ("Francophone") Cameroonians have migrated to the United States, and they comprise a Cameroonian diaspora in the United States.  The United States and Cameroon are at peace with each other.

2.    Certain members of the Anglophone regions of Cameroon are seeking the secession of the Northwest and Southwest regions from Cameroon to form a new country they call

"Ambazonia." Armed separatist militias have formed that not only attack the Cameroonian military, but also intentionally attack the civilian population in Cameroon in order to coerce and intimidate the Cameroonian government into allowing the Anglophone regions to secede from the Francophone regions. These separatist fighters are frequently referred to as "Amba Boys." The violence involving the Anglophone separatists in Cameroon is often referred to as the "Anglophone Crisis."

3.     At all times relevant to the Indictment, the Defendant, **ERIC TANO TATAW, a.k.a. "the Garri Master,"** was a citizen of Cameroon residing in Maryland, and a prominent member of the Cameroonian diaspora with a large social media following. **TATAW** sought to raise funds to support Amba Boys in carrying out violent attacks in Cameroon and called for the murder, kidnapping, and maiming (a.k.a., "Garriing") of civilians and the destruction of public, educational, and cultural property in Cameroon.

4.     At all times relevant to the Indictment, Unindicted Co-Conspirator 1 was a citizen of the United States and native Cameroonian residing in Maryland.

5.     At all times relevant to the Indictment, Unindicted Co-Conspirator 2 was a native Cameroonian residing in Belgium or the United Kingdom.

**Manner and Means of the Conspiracy**

6.     The manner and means by which the Defendant and his co-conspirators sought to accomplish the purpose and object of the conspiracy included, among others, the following:

7.     **TATAW** and his co-conspirators used social media platforms such as Facebook, YouTube, and Twitter to call for the murder, maiming, and kidnapping of civilians in Cameroon, including both ordinary citizens as well as civilian members of the government. In particular, **TATAW** and his co-conspirators targeted those believed to be working for or collaborating with

the government (sometimes referred to as "blacklegs"), including municipal officials, traditional chiefs, and employees of the Cameroon Development Corporation ("CDC"), a government-owned company that grew, processed, and sold bananas, palm oil, and rubber. **TATAW** personally authored hundreds of social media posts in which he called for attacks against Cameroonian civilians, sought to raise funds for weapons, and threatened those he viewed as cooperating with the government of Cameroon. These social media posts were regularly viewed by tens of thousands of people, including Amba Boys and their leaders, and were often further disseminated by third parties acting at **TATAW**'s direction or encouragement.

8.    **TATAW** and his co-conspirators directed the maiming of civilians in Cameroon by the severing of their limbs, a practice **TATAW** dubbed "Garriing" in reference to the popular African food "Garri," made from fried, mashed cassava tubers. **TATAW** used the phrase "small Garri" to refer to removing fingers or other small appendages and the phrase "large Garri" to refer to removing large limbs or killing people. **TATAW** reveled in his self-styled name as the "Garri Master," or master of mutilation.

9.    **TATAW** and his co-conspirators called for so-called "ghost towns" in Cameroon, meaning prohibitions on school attendance, business and commercial activities, government functions, and travel in specified towns on specified days, and threatened to punish anyone who violated their "ghost town" orders with murder, maiming, and kidnapping.

10.    **TATAW** and his co-conspirators directed Cameroonians not to participate in the electoral process by voting or running for office and threatened to punish anyone who violated their orders with murder, maiming, and kidnapping.

11.    **TATAW** and his co-conspirators solicited and raised funds to supply Amba Boys with firearms, ammunition, explosive materials, and other equipment to be used for, among other

things, enforcing "ghost town" orders, and carrying out violent attacks against civilians and non-civilians.  One such fundraising campaign, called the "National AK Campaign," was designed to arm each Amba Boy in Cameroon with an AK-47 rifle.  **TATAW** and his co-conspirators solicited funds via videos and messages they disseminated on social media as well as in-person fundraisers, and they often directed contributions be made to **TATAW**, Unindicted Co-Conspirator 1, or Unindicted Co-Conspirator 2.  Between in or about September 2018 and in or about December 2020, **TATAW** and his co-conspirators raised over $110,000, portions of which they caused to be transferred, either directly or through intermediaries, to Amba Boys located in Cameroon and neighboring Nigeria.

12.     **TATAW** and his co-conspirators provided themselves as personnel in support of the conspiracy to murder, kidnap, and maim by, among other things, calling for violent attacks against the Cameroonian civilian population, broadcasting threats against the civilian population, and raising funds for weapons and other expenses.  **TATAW** communicated directly with Ambazonian "generals" commanding Amba Boys on the ground in Cameroon, and on multiple occasions he personally took credit for the murder, maiming, and kidnapping of civilians by Amba Boys in furtherance of the separatist cause.

### Specific Allegations

13.     Beginning on or about July 6, 2018, and continuing until at least on or about July 14, 2018, Amba Boys kidnapped, beat, and tortured nine traditional chiefs from the area of Buea in Cameroon's Southwest Region, including Njie Mbanda, chief of the village Lysoka, who later died as a result of injuries he sustained in captivity.

14.     On or about July 16, 2018, **TATAW** issued a series of audio messages in which he announced a "ghost town" in the Anglophone regions of Cameroon and warned that anyone who

4

came outside their homes would be "Garried" by Amba Boys. In response, several individuals in Cameroon contacted **TATAW** directly to ask for clarification about the ghost town order.

15.    On or about July 18, 2018, in a video that was shared on YouTube, **TATAW** justified the recent kidnappings of traditional chiefs by Amba Boys in Cameroon's Southwest Region. **TATAW** warned, "We have five more chiefs to arrest." He also threatened Victim 1, a business owner in Southwest Cameroon, saying, "He's going to be a special Garri case; I will Garri his two hands and his two legs." **TATAW** went on to encourage people to report suspected "spies" for the government and warned that the Amba Boys would maim them, saying: "My name is Eric Tataw. Quote me anywhere, anytime . . . we will Garri that person."

16.    On or about August 13, 2018, in a video that was shared on YouTube, **TATAW** boasted that he was "the author of the Garri process" and that people "know what I mean by Garri." **TATAW** also called for a "ghost town" in the city of Mamfe the following day, saying the Mayor of Mamfe would be "arrested" and "we are going to apply the Garri process on one of his legs" if he acted without the permission of a particular Amba Boy militia.

17.    On or about August 16, 2018, in a video that was shared on YouTube, **TATAW** announced that "elections is [sic] banned in Ambazonia." **TATAW** also conveyed that there would be a "travel ban" in Ambazonia the following week and encouraged people to "get the details" from Unindicted Co-Conspirator 2's Facebook page. **TATAW** warned that anyone who violated the travel ban would be maimed, warning: "We will not give Garri to your one hand or your one leg; we will give Garri to your entire body, Garri that only a family member will have to come and carry you because the Garri will be too heavy. . . . So, if you know that you have respect for your family, stay at home."

5

18.    On or about August 26, 2018, in a video that was later shared on YouTube, **TATAW** stated that any child who violated the ban on school attendance in the Anglophone regions would be maimed, warning: "Give them small Garri . . . give them Garri on this finger [demonstrating how to cut off the finger at the bottom by the palm]. . . . When we give one hundred children Garri on this finger . . . they not going to talk about school." **TATAW** explained that it was acceptable to hurt "stubborn children" because "when it's war, it's war," and "there's no school in a war zone." In the same video, **TATAW** criticized "elites" in Cameroon's Southwest Region who **TATAW** claimed were collaborating with the Cameroonian government and warned that "their farms will be Garried."

19.    On or about September 3, 2018, in a video that was shared on YouTube, **TATAW** warned that all those who went to work for the local government in Southwest Cameroon's Buea subdivision would be kidnapped and maimed, as would their family members: "If you go to that council, we will arrest you and we will make sure we give a bit of Garri to you. . . . If you go to that council, we will go to your house and take your family. . . . We'll take your child, we'll take your sister, we'll take your wife, we'll take your brother." **TATAW** added that he had spoken to an Amba Boy militia in the area, "and they know what to do. So if you're a worker in Buea, listen, if you go to work, . . . when they catch you, you will get Garried—full-fledged Garri on your two hands."

20.    On or about October 31, 2018, Amba Boys attacked and cut off the finger of Victim 2, a CDC worker, at a CDC farm in the town of Tiko in Cameroon's Southwest Region. Within days, **TATAW** possessed a photo of Victim 2 at the hospital with a bandaged hand.

21.    In or about January 2019, **TATAW**, Unindicted Co-Conspirator 1, and Unindicted Co-Conspirator 2 launched a fundraising campaign known as the "National AK Campaign," also

referred to as the "One Man, One Gun" strategy, and began seeking donations for the purpose of supplying every Amba Boy with an AK-47 rifle.

22.    On or about February 17, 2019, in a video that was shared on YouTube, **TATAW** solicited funds for the National AK Campaign and explained that donations would be used, among other things, to enforce "ghost town" orders in Southern Cameroon.

23.    On or about March 10, 2019, **TATAW** recorded a message for Amba Boy "general" Lekeaka Oliver, whom **TATAW** addressed by his nickname, "Field Marshall." **TATAW** asked Oliver whether he should pass a message to workers in Southwest Cameroon's Lebialem Division warning them that if they wanted to return to work, they should "bring their coffin." **TATAW** said, "Just leave me the voicemail; then I will send the news out."

24.    On or about March 26, 2019, **TATAW** received a message from a representative of Menchum County in Cameroon's Northwest Region containing photos and videos of weapons, including AK-47 rifles and rocket-propelled grenades ("RPGs"). In one video, Amba Boys discussed weapons they had received, referring to firearms as "sugarcanes" and ammunition as "g-nuts." **TATAW** posted one of the photos received to Facebook, along with the caption: "Ambazonia Independence Fighters Confirm Receipt of Several RPGs, AK47s!"

25.    On or about April 9, 2019, in a video that was shared on YouTube, **TATAW** threatened violence against anyone who ran for office in Cameroon. **TATAW** warned: "My name is Eric Tataw, quote me anywhere . . . [A]ny parliamentarian, senator that will dare to go to talk about any election in Southern Cameroons, the councilors that will put their names to vote . . . we are going to Garri that person. . . . In case we find your name on an electoral list and we can't lay hands on you, we shall search for your child in his school, we shall search for your wife in the market where she does her groceries, look after you in your farm. In short, we shall look after you

everywhere we can and kill you, Garri your farms with whatever it contains, be it palm trees, cocoa, plantains."

26.     On or about May 10, 2019, in a video that was shared on YouTube, **TATAW** warned that all traditional chiefs must obey an upcoming lockdown order, or they would be met with a "special Garri." **TATAW** said: "If you go out, you will be knocked out. . . . We the soldiers of the revolution are going to enforce the decree. . . . Any chief or any civilian or subject that goes out—this is war; we have no alternative measure. . . . You go out, you will be Garried.  That's it."

27.     On or about June 6, 2019, Amba Boys kidnapped, beat, and tortured a traditional chief from the village of Monde in Cameroon's Southwest Region.

28.     On or about August 7, 2019, in a video that was shared on YouTube, **TATAW** solicited funds to reinforce the ban on school attendance in the Anglophone regions and threatened to kidnap and maim anyone who violated the ban.  **TATAW** warned: "My name is Eric Tataw; I'm called the Garri Master.  Anybody that will be seen going out there will be Garried.  There is going to be no school, and that is the new law of the land."  **TATAW** also took "full responsibility for the shutting down of schools this 2019."

29.     Between on or about August 15, 2019 and on or about August 18, 2019, via an encrypted messaging platform, **TATAW** communicated with an Amba Boy leader and financier representing the Fako Division in Southwest Cameroon.  The Fako representative acknowledged receiving $1,000 from **TATAW** on or about August 18, 2019, to enforce the ban on school attendance in the region.

30.     On or about February 10, 2020, **TATAW** announced on Twitter that Amba Boys had burned the vehicle of Victim 3, a Deputy Mayor of Mamfe, which is the capital city of the

Manyu Division in Cameroon's Southwest Region. **TATAW** warned: "Amba Fighters day anyone seen outside on February 11 is an enemy force and it's war!"

31.     On or about May 10, 2020, in a Twitter post, **TATAW** announced that Amba Boys had shot and killed the Mayor of Mamfe, Ashu Prisley Ojong. The announcement was made before Mayor Ojong's death had been publicized by any major news outlets. In a video shared later on YouTube, **TATAW** displayed a video on his cell phone that he described as "a fresh video of the mayor [Ojong's] house as people are crying." **TATAW** warned: "We will move systematically, and we'll stay on soft targets. Mothers and fathers who are principals, who are delegates, who are tax collectors, you see how people are dying, so when they tell you not to go somewhere, you should not go."

32.     On or about May 10, 2020, in a Twitter post, **TATAW** threatened to take action against Victim 3 if Victim 3 took over the office from the deceased mayor. **TATAW** wrote: "This is [Victim 3], one of the Deputy Mayors of Mamfe, it will be in the best interest of family members and friends to counsel him or anyone else to #decline taking up any such position as replacement for deceased Mayor Ojong Prisley. It's against the #law and we'll act!"

33.     On or about May 11, 2020, in a Twitter post, **TATAW** provided another photo of Victim 3 and threatened to murder Victim 3 if he took over as Mayor of Mamfe. **TATAW** wrote: "My counsel to [Victim 3] is very limpid. He's Deputy Mayor of Mamfe under Cameroon's corruption dispensation. If he takes office from deceased Mayor Prisley Ojong, I'll immediately take him out the very next day with the full force of the #rebel that I am. #MyPromise."

34.     On or about May 18, 2020, in a Twitter post, **TATAW** provided another photo of Victim 3 and announced that he had ordered Victim 3's "arrest." **TATAW** wrote: "I've #ordered the arrest of Mayor [Victim 3], one of the Deputy Mayors of Mamfe. It will be in the best interest

9

of family members and friends to counsel him or anyone else to #decline taking up any such position as replacement for deceased mayor Ojong Prisley."

35.    On or about June 7, 2020, in a Twitter post, **TATAW** threatened to murder the Councilors of Eyumojock, a town in the Manyu Division roughly thirty miles from Mamfe. **TATAW** wrote: "Eyumojock had 25 Councilors. Two died, one resigned and it left with 22. All 22 will assemble on June 11 and 12 for their council #session, Eyumojock will surely be left with zero council by June 13. I've instructed that all 22 be taken out during the session…"

36.    On or about July 11, 2020, in a Twitter post, **TATAW** took credit for "special operations" in the city of Bamenda in Cameroon's Northwest Region, shortly after Amba Boys had carried out an attack that left one police officer dead and three others wounded. **TATAW** wrote: "In my show before last, I ordered special operations in Bamenda. I promised between Friday and Tuesday. Today, Saturday, July 11, 2020, a special force I ordered has carried out special tasks in Bamenda. Gret [sic] Job! Ambazonia must be free!"

37.    On or about July 28, 2020, in a video that was shared on YouTube, **TATAW** threatened to maim civilians who did not respect his "ghost town" orders. **TATAW** warned that any man who opened his shop on "ghost town day" would be put "on the ground" and "Garried" inside his shop. He added: "100% ghost town. You disrespect ghost town, you will be dislodged."

38.    On or about September 27, 2020, in a video that was shared on Facebook and YouTube, **TATAW** directed Amba Boys to shut down the CDC and to attack anyone who went to work on the CDC's farms. **TATAW** warned: "We're at war, CDC has been banned and no one should go to CDC again. If you go to CDC, they will leave everything and they will Garri you. That's an instruction from Eric Tataw. . . . . If you go to CDC, you will be Garried!. . . No more CDC, no more CDC operations in Ambazonia." **TATAW** explained that the CDC was the "second

highest employer after [the] government" and was strategically important for the government's survival.

39.    On or about October 4, 2020, in a Twitter post, **TATAW** announced that he had instructed Amba Boys to carry out attacks against the CDC and other targets in the Fako and Meme Divisions of Cameroon's Southwest Region.  **TATAW** wrote: "A regiment of the Ambazonian National Army (ANA) has been instructed to hit major LR [government-controlled] areas in #Fako and #Meme and to also flatten a total of 8 economic and cash flow pots of the Cameroon government beginning with the CDC effective immediately.  Expect actions in these areas."

40.    On or about October 9, 2020, in a video shared on Facebook, **TATAW** threatened to kidnap and kill any traditional chief who aided in reconstruction efforts by the government of Cameroon.  **TATAW** instructed that Ambazonian fighters had the right to "flatten" the palace of "any chief in Ambazonia who is working with the Cameroonian government for reconstruction." He warned: "You will be arrested and brought to the Ambazonian Court. . . . [I]f you're a chief and you involve yourself in reconstruction, go write your will."

41.    In or about November 2020, via an encrypted messaging platform, **TATAW** exchanged messages with an Amba Boy fighter in Malende, a town in the Fako Division of Southwest Cameroon.  On or about November 28, 2020, the fighter reported to **TATAW** about a proposal to target a particular banana plantation.

42.    On or about December 13, 2020, in a video that was shared on YouTube, **TATAW** threatened to "arrest" any traditional chief or municipal councilor who voted in Cameroon's regional elections.

43.    On or about December 13, 2020, Amba Boys kidnapped three traditional chiefs in Cameroon's Southwest Region, including Chief Ngale Ikome (also known as Ngale Vako) of the village Dibanda, who died in captivity.

44.    On or about December 18, 2020, on Twitter, **TATAW** promised to retaliate against traditional chiefs who had voted in Cameroon's regional elections, writing: "Let me be clear!  By voting during the Regional Election, all chiefs made themselves enemies to Ambazonia and declared war on our Independence Movement.  Again, let me repeat; any Chief who was involved in that sacrilege #must leave Ambaland or be #Garried.  No apologies!  #G-Process."

## The Charge

45.    Paragraphs 1 through 44 of this Indictment are incorporated by reference as if they were fully set forth herein.

46.    Beginning on a date unknown but no later than April 2018, and continuing to the present with the exact date being unknown, in the District of Maryland and elsewhere,

### ERIC TANO TATAW, a.k.a. "the Garri Master,"

the Defendant herein, did knowingly combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to provide material support and resources, as defined by Title 18, United States Code, Section 2339A(b), to wit:  personnel (to include himself), currency and monetary instruments (collectively, "money"), property, weapons, and services, knowing and intending that such personnel, money, property, weapons, and services were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Sections 956(a), specifically, a conspiracy to murder, kidnap, and maim persons in a foreign country, all in violation of Title 18, United States Code, Section 2339A(a).

18 U.S.C. § 2339A(a)

## COUNT TWO
### (Interstate Communication of a Threat to Kidnap or Injure)

The Grand Jury for the District of Maryland further charges that:

1.     Paragraphs 30 through 34 of Count One of this Indictment are incorporated by reference as if they were fully set forth herein.

2.     From on or about May 10 through on or about May 18, 2020, in the District of Maryland and elsewhere, the Defendant,

**ERIC TANO TATAW, a.k.a., "the Garri Master,"**

knowingly transmitted and caused to be transmitted in interstate and foreign commerce from the State of Maryland to the country of Cameroon, communications that contained a threat to kidnap and injure the person of another, knowing and recklessly disregarding that the communications would be viewed as a threat, to wit: communications made through Twitter, in which the Defendant threatened to kidnap and injure Victim 3, a Deputy Mayor of Mamfe, all in violation of Title 18, United States Code, Section 875(c).

18 U.S.C. § 875(c)

**COUNT THREE**
**(Interstate Communication of a Threat to Kidnap or Injure)**

The Grand Jury for the District of Maryland further charges that:

1.     Paragraph 35 of Count One of this Indictment is incorporated by reference as if it were fully set forth herein.

2.     On or about June 7, 2020, in the District of Maryland and elsewhere, the Defendant,

**ERIC TANO TATAW, a.k.a., "the Garri Master,"**

knowingly transmitted and caused to be transmitted in interstate and foreign commerce from the State of Maryland to the country of Cameroon, a communication that contained a threat to injure the person of another, knowing and recklessly disregarding that the communication would be viewed as a threat, to wit: a communication made through Twitter, in which the Defendant threatened to injure the Eyumojock Councilors, all in violation of Title 18, United States Code, Section 875(c).

18 U.S.C. § 875(c)

## COUNT FOUR
### (Interstate Communication of a Threat to Kidnap or Injure)

The Grand Jury for the District of Maryland further charges that:

1.    Paragraphs 20, 38, and 39 of Count One of this Indictment are incorporated by reference as if they were fully set forth herein.

2.    On or about September 27, 2020, through on or about October 4, 2020, in the District of Maryland and elsewhere, the Defendant,

**ERIC TANO TATAW, a.k.a., "the Garri Master,"**

knowingly transmitted and caused to be transmitted in interstate and foreign commerce from the State of Maryland to the country of Cameroon, communications that contained a threat to injure the person of another, knowing and recklessly disregarding that the communications would be viewed as a threat, to wit: communications made through Twitter, Facebook, and YouTube, in which the Defendant threatened to injure employees of the Cameroon Development Corporation, all in violation of Title 18, United States Code, Section 875(c).

18 U.S.C. § 875(c)

## COUNT FIVE
### (Interstate Communication of a Threat to Kidnap or Injure)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 13, 15, 26, 27, 40, 42, 43, and 44 of Count One of this Indictment are incorporated by reference as if they were fully set forth herein.

2.      On or about October 9, 2020, through on or about December 18, 2020, in the District of Maryland and elsewhere, the Defendant,

**ERIC TANO TATAW, a.k.a., "the Garri Master,"**

knowingly transmitted and caused to be transmitted in interstate and foreign commerce from the State of Maryland to the country of Cameroon, communications that contained a threat to kidnap and injure the person of another, knowing and recklessly disregarding that the communications would be viewed as a threat, to wit: communications made through Twitter, Facebook, and YouTube, in which the Defendant threatened to kidnap and injure the traditional chiefs of Cameroon, all in violation of Title 18, United States Code, Section 875(c).

18 U.S.C. § 875(c)

16

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.    Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that, in the event of the Defendant's conviction on Counts One through Five of this Indictment, the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(c) and (a)(1)(G), 18 U.S.C. § 982(a)(1), (a)(2)(A), and (b)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c).

### Material Support Forfeiture

2.    Upon conviction of the offense alleged in Count One of this Indictment, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(G), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

### Interstate Communication of Threat to Kidnap or Injure Forfeiture

3.    Upon conviction of the offense alleged in Count Two, Three, Four, or Five of this Indictment, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

### Substitute Assets

4.    If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or,

e.      has been commingled with other property which cannot be subdivided

without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall

be entitled to forfeiture of substitute property up to the value of the forfeitable property described

above.

18 U.S.C. § 981(a)(1)(C), (a)(1)(G)
18 U.S.C. § 982(a)(1), (a)(2)(A), (b)(1)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Kelly Hayes /CAH*

Kelly O. Hayes
United States Attorney
District of Maryland

*Matthew Galeotti /CAH*

Matthew R. Galeotti
Head of the Criminal Division
U.S. Department of Justice
Criminal Division

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

4/24/2025

Date

18