**THE LAW OFFICE OF DAVID WALSH-LITTLE, LLC.**
1014 WEST 36TH STREET
BALTIMORE, MARYLAND 21211
TEL: 410.205.9331
FAX: 667.401.2414
EMAIL: DAVID@WALSHLITTLELAW.COM

<u>Via ECF</u>

April 28, 2025

The Honorable Charles D. Austin
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

     Re:    <u>United States v. Eric Tataw</u>
             Case No. GLR-25-0129

Dear Magistrate Judge Austin:

     On April 24, 2025, Mr. Tataw was indicted in this case and charged with Conspiracy to Provide Material Support in violation of 18 U.S.C. § 2339A, and four counts of making an Interstate Communication of a Threat to Maim or Injure in violation of 18 U.S.C. § 875(c). On April 25, 2025, Mr. Tataw appeared before Your Honor for an initial appearance and was released on home confinement with the ability for Mr. Tataw to leave his residence for employment when approved by the Office of Probation and Pretrial Services.

     Mr. Tataw has also been on home confinement on an older case, Case No. GLR- 23-0353, charging him with Bank Fraud in violation of 18 U.S.C. § 1344, Aggravated Identity Theft in violation of 18 U.S.C. § 1028A, and other related charges. Magistrate Judge Coulson released Mr. Tataw on strict home confinement on September 8, 2023. On May 29, 2024, Judge Coulson modified Mr. Tataw's release conditions to allow him to work outside of the residence under circumstances that Pretrial Services deems appropriate.

     Mr. Tataw is seeking permission to leave his home on the evening of Tuesday, April 29, 2025 between 6:00 p.m. and 8:30 p.m. to attend an international night event at his daughter's elementary school in which she is participating. The school is in Gaithersburg, Maryland. Both the United States Attorney's Office and the Office of Pretrial Services have been provided with the full address of the school. No one related to either pending case is expected to be at the event.

     Undersigned counsel has previously notified the Government of this request but is not aware their position. United States Probation Officer Jeremy Beck has no objection to this request. Thank you for your consideration.

                                                     Respectfully,

                                                     /s/
                                       David Walsh-Little, esq.
                                       The Law Office of David Walsh-Little, LLC

cc:    Christina Hoffman, esq. (via email)

Joseph Wenner, esq, (via email)
Jeremy Beck (via email)