IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No. GLR-25-0129 |
| ERIC TATAW | * | |

\* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Request to Modify Release Conditions, it is this 28th day of April, 2025, by the United States District Court for the District of Maryland,

**ORDERED,** that the motion is GRANTED; and it is

**FURTHER ORDERED**, that Mr. Tataw shall be allowed to leave his residence between the hours of 6:00 p.m. and 8:30 p.m. on April 29, 2025, to attend an event at his daughter's elementary school.

_____
THE HONORABLE CHARLES D. AUSTIN
UNITED STATES MAGISTRATE JUDGE